IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| MALIBU MEDIA, LLC | : | CIVIL ACTION |
| v. | : | |
| JOHN DOES 1-16 | : | NO. 12-2091 |
| --- | --- | --- |
| MALIBU MEDIA, LLC | : | CIVIL ACTION |
| v. | : | |
| JOHN DOES 1-38 | : | NO. 12-3145 |

---

FILED
JUL 16 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ORDER

AND NOW, this 16th day of July, 2012, upon consideration of plaintiff Malibu Media, LLC's ("Malibu") two civil actions captioned above, it is hereby ORDERED that by 5:00 p.m. on July 25, 2012, Malibu shall SHOW CAUSE why we should not consolidate these two matters pursuant to Fed. R. Civ. P. 42(a) in light of common questions of law or fact relating to disputes between it and the alleged yet-unknown copyright infringers so as to promote our efficient management of these matters.

BY THE COURT:

Stewart Dalzell, J.