UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------------X
                                                             :
MALIBU MEDIA, LLC,                                           :
                                                             :  Civil Action No. 5:12-cv-02091-SD
                Plaintiff,                                   :
                                                             :
        vs.                                                  :
                                                             :
JOHN DOES 1-16,                                              :
                                                             :
                Defendants.                                  :
                                                             :
-------------------------------------------------------------X
```

**PLAINTIFF'S RESPONSE TO THIS COURT'S SHOW CAUSE ORDER
REGARDING CONSOLIDATION OF CASES**

PLEASE TAKE NOTICE, Plaintiff, Malibu Media, LLC, hereby consents to the Court's requested consolidation of cases Malibu Media, LLC v. John Does 1-16, Case No. 5:12-cv-02091-SD and Malibu Media, LLC v. John Does 1-38, Case No. 2:12-cv-03145-SD.  It is Plaintiff's belief that, at this stage of litigation, it is easier for both Plaintiff and the Court to manage the cases as one.

Dated: July 24, 2012

                                                  Respectfully submitted,

                                                  FIORE & BARBER, LLC

                                      By:   /s/ *Christopher P. Fiore*
                                                  Christopher P. Fiore, Esquire
                                                  Aman M. Barber, III, Esquire
                                                  Attorneys for Plaintiff
                                                  425 Main Street, Suite 200
                                                  Harleysville, PA 19438
                                                  Tel:  (215) 256-0205
                                                  Fax:  (215) 256-9205
                                                  Email:  cfiore@fiorebarber.com