```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

----------------------------------------------------------------
MALIBU MEDIA, LLC                    :     CIVIL ACTION
                                     :
     v.                              :
                                     :
JOHN DOES 1-16                       :     NO. 12-2091

----------------------------------------------------------------
MALIBU MEDIA, LLC                    :     CIVIL ACTION
                                     :
     v.                              :
                                     :
JOHN DOES 1-38                       :     NO. 12-3145
----------------------------------------------------------------
```

ORDER

AND NOW, this 24th day of July, 2012, upon consideration of plaintiff Malibu Media, LLC's ("Malibu") two civil actions captioned above and plaintiff's consent to the consolidation of these matters (C.A. No. 12-2091 docket entry # 8; C.A. No. 12-3145 docket entry # 7), and the Court finding that common questions of law or fact exist relating to disputes between Malibu and the alleged yet-unknown copyright infringers so as to promote our efficient management of these matters, it is hereby ORDERED that:

       1.  Pursuant to Fed. R. Civ. P. 42(a), the above cases are CONSOLIDATED for all purposes under Civil Action No. 12-3145;

      2.    The Clerk of Court shall TRANSFER all papers in Civil Action No. 12-2091 to the file folder of Civil Action No. 12-3145; and

      3.    The Clerk of Court shall CLOSE Civil Action No. 12-2091 statistically.

                            BY THE COURT:

                              <u>/s/ Stewart Dalzell, J.</u>